JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
DISTRICT COUNCIL 16 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, CARPET LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12

## DEFENDANTS
MARK LEE AND YONG KAY, INC., doing business as BAY CONSTRUCTION COMPANY

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
DAVID A. ROSENFELD, BAR NO. 58163
WEINBERG, ROGER & ROSENFELD
1001 MARINA VILLAGE PARKWAY, SUITE 200
ALAMEDA, CA 94501

Attorneys (If Known)

**E-filing**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [X] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | PRISONER PETITIONS / [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence / [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: / [ ] 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & other / IMMIGRATION | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 462 Naturalization Application | | |
| | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights / [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 555 Prison Condition / [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. Section 185.

Brief description of cause:
Petition to enforce settlement agreement.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $3,231.17
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE: August 21, 2008

SIGNATURE OF ATTORNEY OF RECORD: David A. Rosenfeld

NDC-JS44

DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner
DISTRICT COUNCIL 16 INTERNATIONAL UNION
OF PAINTERS AND ALLIED TRADES, CARPET
LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, CARPET LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12,<br><br>Petitioner,<br><br>v.<br><br>MAKE LEE AND YONG KAY, INC., doing business as BAY CONSTRUCTION COMPANY<br><br>Respondent. | No. CV 08 4020<br><br>**PETITION TO ENFORCE AND CONFIRM GRIEVANCE SETTLEMENT** |

The Petition of Petitioner respectfully shows:

**<u>JURISDICTION</u>**

1.   Jurisdiction of this Court is based upon 29 U.S.C. §185, 28 U.S.C. §1331, 28 U.S.C. §1337 and 9 U.S.C. §4. Venue is appropriate in this district since the dispute arose in this district and the settlement agreement was executed in this district.

2.   Petitioner DISTRICT COUNCIL 16 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, CARPET LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12 ("Petitioner") is a labor organization within the meaning of 29 U.S.C. §152. It is a labor organization organized for the purpose of representing its members in their terms and conditions of

1 employment.

2   3. Respondent MARK LEE AND YONG KAY, INC., doing business as BAY CONSTRUCTION COMPANY ("Respondent") is an employer within the meaning of 29 U.S.C. §152 and does business within this judicial district.

  4. A Collective Bargaining Agreement exists between Petitioner and Respondent, known as the Project Labor Agreement for the Oakland Unified School District. Petitioner and Respondent are both parties to this Project Labor Agreement. It contains a grievance and arbitration procedure.

  5. In 2007, a dispute arose concerning Ralph Bunche Gymnasium Floor Project. The grievance was filed in August of 2007.

  6. Under the terms of the agreement, the parties processed this through the grievance procedure. On April 10, 2008, the parties reached settlement and executed a settlement agreement, a copy of which is attached hereto as Exhibit "A".

  7. Thereafter, Respondent issued a check as payment of the settlement. The bank would not cash the check.

  8. Respondent has been requested to reissue the check to comply with the settlement. Respondent has failed and refused to do so.

  9. Petitioner has been required to secure the services of counsel for the prosecution and enforcement of the settlement agreement. Because Respondent's refusal to comply with the settlement agreement is unjustified and in bad faith, Petitioner seeks attorneys' fees incurred to obtain compliance with the grievance and arbitration procedure.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
PETITION TO ENFORCE AND CONFIRM GRIEVANCE SETTLEMENT

1  WHEREFORE, Petitioner prays that this Court issue an Order enforcing the settlement
2  agreement and entering judgment against Respondent for the amount of the settlement agreement.
3  Furthermore, Petitioner requests costs, attorneys' fees, and such other and further relief as this
4  Court deems just and proper.

5  Dated: August 21, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ David A. Rosenfeld
DAVID A. ROSENFELD
Attorneys for Petitioner
District Council 16 International Union of Painters
And Allied Trades, Carpet Linoleum & Soft Tile
Workers Local Union No. 12

1/502513

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
PETITION TO ENFORCE AND CONFIRM GRIEVANCE SETTLEMENT

**BAY CONSTRUCTION COMPANY**
4026 Martin Luther King Jr. Way
Oakland, California 94609
Tel (510) 658-7225 fax (510) 658-4890

---

## SETTLEMENT AGREEMENT

**Date:** April 10, 2008

**Project Name:** Ralph Bunche Academy Gymnasium Repairs
Oakland Unified School District

**Project #:** 03028-223

On today's date a meeting took place at the office of Bay Construction Company where all parties met and came to an agreement, thus bringing the grievance matter to a final conclusion.

**Agreement was made pursuant to the following terms:**

- Settlement amount is: $3231.17 paid to Local #12 Carpet & Linoleum Union

- Term of Payment: Immediate after signing of this agreement by all parties

- Local #12 Carpet & Linoleum Union consents and relinquishes all claims to work performed on the Ralph Bunche Academy Gym Repair project.

- Bay Construction Company has complied with all terms of the PLA Agreement of the Oakland Unified School District on this project and all monies withheld by the District should be released.

_____   4/10/08
Bay Construction Company, Representative   Date

_____   4/10/08
Local #12, Representative   Date

_____   4/10/2008
Building Trades Council of Alameda, Representative   Date

Macintosh HD:Users:erichdea:Desktop:Settlement_RalphBuncheMD1

**EXHIBIT A**