# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES, CARPET LINOLEUM
& SOFT TILE WORKERS LOCAL UNION NO. 12

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MARK LEE AND YONG KAY, INC., doing business
as BAY CONSTRUCTION COMPANY

CV 08 4020 JCS



TO: (Name and address of Defendant)

Yong Kay, Agent for Service of Process
MARK LEE AND YONG KAY, INC., dba BAY CONSTRUCTION COMPANY
4026 Martin Luther King Jr. Way
Oakland, CA 94609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Rosenfeld, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK Helen L. Almacen

DATE AUG 2 2 2008

(BY) DEPUTY CLERK

AO-440